THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN W. PELTON et al., Respondents.

*People* v. *Pelton*, 36 App. Div. 450, affirmed.
(Submitted April 19, 1899; decided May 12, 1899.)

APPEAL from an order and judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 11, 1898, reversing a judgment of the Dutchess County Court entered upon a verdict convicting the defendants of maintaining a public nuisance.

*George Wood, District Attorney,* and *W. E. Hoysradt* for appellant.

*Robert F. Wilkinson* and *Frank B. Lown* for respondents.

Order and judgment reversing judgment of conviction affirmed; no opinion.
All concur, except VANN, J., not voting.